IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:19-CR-00356 |
| | : | |
| v. | : | |
| | : | |
| BERNARD JOHNSON | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 27th day of April, 2022, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Defendant's motion to suppress evidence, Doc. 80, is **DENIED IN PART** to the extent that Defendant seeks suppression of the evidence seized from his apartment.

2) The court will convene a *Franks* hearing regarding the search of Defendant's vehicle on **May 20, 2022, at 9:30 a.m.** in Courtroom 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

3) At the conclusion of the *Franks* hearing, the court will also hear argument from the parties on Defendant's motion to dismiss for *Brady* violations.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania